IN THE UNITED STATES DISTRICT COURT
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JENNIFER RITTENHOUSE,**<br>        **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **GLAXOSMITHKLINE,**<br>        **Defendant.** | **NO.  21-1836** |

## O R D E R

**AND NOW**, this 30th day of December, 2021, upon consideration of Defendant's Renewed Motion to Compel Arbitration and Stay Proceedings (ECF Nos. 25, 28), Plaintiff's Opposition thereto (ECF No. 27), and, Defendant's Motion to Stay Discovery Pending Resolution of its Renewed Motion to Compel Arbitration (ECF No. 29), **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion to Compel Arbitration and Stay Proceedings (ECF No. 25) is **GRANTED**;

2. Defendant's Motion to Stay Discovery Pending Resolution of its Renewed Motion to Compel Arbitration (ECF No. 29) is **DENIED AS MOOT**;

3. The Clerk of Court is directed to **STAY** this matter and place it into **SUSPENSE** until the conclusion of the arbitration proceedings.

**BY THE COURT:**

**/s/ Wendy Beetlestone, J.**

**_____**
**WENDY BEETLESTONE, J.**